**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ROBERT J. HARKINS,

                          Plaintiff,

    - v -                                  Civ. No. 1:17-CV-1370
                                                  (BKS/DJS)

RICHARD HOBART, *et al*.,

                          Defendants.

| APPEARANCES: | OF COUNSEL: |
|---|---|
| OFFICE OF RUSSELL A. SCHINDLER<br>Attorney for Plaintiff<br>245 Wall Street<br>Kingston, N.Y. 12401 | RUSSELL A. SCHINDLER, ESQ. |
| COOK, NETTER, CLOONAN, KURTZ &<br>MURPHY, P.C.<br>Attorney for Defendants<br>85 Main Street, P.O. Box 3939<br>Kingston, N.Y. 12402 | MICHAEL T. COOK, ESQ. |

**Daniel J. Stewart**
**United States Magistrate Judge**

## ORDER

      As part of the Rule 16 Initial Pretrial Conference held on March 20, 2018, Counsel for Defendants was instructed to provide to Chambers the personnel files of Defendants. The personnel files for Travis Wilber and Richard Hobart have been submitted to the Court. The *in camera* review of these Defendants' personnel files disclosed documents that may possibly

be used for impeachment purposes, or as part of Plaintiff's claims. Those documents are as follows.

1. Travis Wilber - Bates Nos. 7-9, 10-20, 24-31, 43-44, 54-55, and 82.

2. Richard Hobart - Bates Nos. 182, 185, 187, 195-199, 200, 225-242, 378, and 379.

The Court directs that Defendants' Counsel immediately retrieve from the Court's courtroom deputy, Maria Blunt, the Wilber and Hobart personnel files, and provide the pages noted above to Plaintiff's counsel. Because of the nature of personnel records and the privacy interests implicated, the documents shall be disclosed pursuant to an agreed-to protective order to be negotiated by the parties.

**IT IS SO ORDERED**.

Date: June 4, 2018
      Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge